IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

**FILED**

NOV 05 2018

Clerk, U.S. Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–3–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| SEAN O'NEAL CARR, | |
| Defendant. | |

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture (Doc. 27). Defendant Sean O'Neal Carr ("Carr") appeared before the Court on August 7, 2018, and entered a plea of guilty to the Indictment. He also admitted the forfeiture allegation which was detailed in the Government's Offer of Proof filed in this matter. Carr's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d) and Rule 32.2.

IT IS ORDERED:

THAT Carr's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d): Taurus, Model PT 111 Millennium G2, 9 mm SN:TK076834;

THAT the Bureau of Alcohol, Tobacco, Firearms and Explosives, or its designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such actions have been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 5th day of November, 2018.

Dana L. Christensen, Chief Judge
United States District Court